UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANI THYKKUTTATHIL and RYAN WELLMAN, wife and husband,<br><br>Plaintiff,<br><br>v.<br><br>JAMES KEESE, III, and SARA KEESE, husband and wife, and their marital community composed' CAPITOL ADVOCACY GROUP, LLC, a foreign limited liability company; CAPITOL HEALTH ASSOCIATES, LLC, a foreign limited liability company; PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign insurer' and, PROGRESSIVE MAX INSURANCE COMPANY, a foreign insurer;<br><br>Defendants. | CASE NO. C12-1749RSM<br><br>ORDER STRIKING MOTIONS |

On February 28, 2013, plaintiffs filed three separate motions for summary judgment on liability and damages, without first obtaining leave to do so. Dkt. ## 41, 46, 52. These motions were filed in direct violation of this Court's rules, which state in relevant part, "Absent leave of the court, parties

ORDER - 1

must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim." Local Rule LCR 7(e)(3).  All three motions (Dkt. ## 41, 46, 52) shall accordingly be STRICKEN from the Court's calendar.

This does not result in prejudice to plaintiffs as no Scheduling Order has been issued, and there has been no deadline set for the filing of dispositive motions.

Dated this 1st day of March 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2