Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANI THYKKUTTATHIL and RYAN WELLMAN, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES KEESE, III, and SARA KEESE, husband and wife, and their marital community composed; and PROGRESSIVE MAX INSURANCE COMPANY, a foreign insurer,<br><br>Defendants. | No.: 2:12-CV-01749-RSM<br><br>PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWAL OF THEIR MOTION TO EXPAND THE NUMBER OF ALLOWED DEPOSITIONS AND MOTION TO EXTEND THE DEPOSITION DEADLINE |

## I. RELIEF REQUESTED

Plaintiffs Rani Thykkuttathil and Ryan Wellman do not object to defendants' request to expand the number of allowed depositions to give the defendants the opportunity to take the depositions of the following witnesses: Rajani Thykkuttathil, Angela Atkinson, Dr. Andrew Cole, Edward Owens, DC,

PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED MOTION TO EXPAND THE NUMBER OF ALLOWED DEPOSITIONS AND MOTION TO EXTEND THE DEPOSITION DEADLINE - 1
Case No. 2:12-cv-01749

MW INJURY RESOLUTIONS
11512 NE 19TH STREET
BELLEVUE, WASHINGTON 98004
TELEPHONE 425-637-3096
FAX 425-637-0555

Kathie Larsen, PhD, HyperQuality Rule 30(b)(6) and Asentus Rule 30(b)(6). Nor do they object to extending the discovery cutoff date to 45 days after the order is issued. Plaintiffs ask only that the Court deny the defendants' motion to continue the trial date if such motion is filed.

Plaintiffs' state court action was set for trial in December 2012. By virtue of defendants' removal to federal court their trial was continued to January 2014. Plaintiffs strongly object to the prospect of another delay and have invited defendants to efficiently schedule and take the depositions they wish to take.

It is noteworthy that plaintiffs have never restricted the defendants from contacting any of the fact witnesses or from scheduling depositions of plaintiffs' expert witnesses. Plaintiffs have actively and diligently supplemented their responses to defendants' discovery as new information has become available. The nature of Rani Thykkuttathil's injuries, particularly the damage to her brain, requires her to receive ongoing treatment that will continue throughout the trial and well into the future, if not the rest of her life. As such, plaintiffs anticipate the need to supplement discovery regarding her care and condition through trial.

## II. STATEMENT OF FACTS

Defendants have set forth a statement of relevant facts in their motion and a recitation by plaintiffs of the same facts would be redundant.

## III. ISSUE PRESENTED

1. Should the Court grant defendants leave to take up to 17 total depositions?

PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED
MOTION TO EXPAND THE NUMBER OF ALLOWED
DEPOSITIONS AND MOTION TO EXTEND THE DEPOSITION
DEADLINE - 2
Case No. 2:12-cv-01749

MW INJURY RESOLUTIONS
11512 NE 19TH STREET
BELLEVUE, WASHINGTON 98004
TELEPHONE 425-637-3096
FAX 425-637-0555

2. Should the Court extend the discovery deadline on condition there is no continuance of the trial date in January 2014?

## IV. EVIDENCE RELIED UPON

1. The records of the Court herein.

2. Declaration of Jean Magladry.

## V. ARGUMENT

Plaintiffs agree to allow the additional depositions and extension of the discovery cutoff so long as the extension does not result in a trial continuance.

## VI. CONCLUSION

Plaintiffs agree that defendants should be allowed to take the above-referenced depositions and to extend the discovery deadline to 45 days past the issuance of the Court's order on condition their trial date is not continued.

DATED this 7th day of October, 2013.

| MW INJURY RESOLUTIONS | THE BIERLEIN LAW OFFICE, P.S. |
|---|---|
| *(signature)* | *(signature)* Thomas C. Bierlein |
| Jean Magladry, WSBA #12988 | Thomas C. Bierlein, WSBA #13425 |
| Co-counsel for Plaintiffs | Co-counsel for Plaintiffs |
| 11512 NE 19th St. | PO Box 34628 #48437 |
| Bellevue, WA 98004 | Seattle, WA 98124-1628 |
| (425) 637-3096 | (425) 557-0301 |
| jean@mwinjuryresolutions.com | tom@bierleinlaw.com |

PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED MOTION TO EXPAND THE NUMBER OF ALLOWED DEPOSITIONS AND MOTION TO EXTEND THE DEPOSITION DEADLINE - 3
Case No. 2:12-cv-01749

MW INJURY RESOLUTIONS
11512 NE 19TH STREET
BELLEVUE, WASHINGTON 98004
TELEPHONE 425-637-3096
FAX 425-637-0555