**Honorable Ricardo S. Martinez**
*Noting Date: October 11, 2013*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANI THYKKUTTATHIL and RYAN WELLMAN, wife and husband, <br><br> Plaintiff, <br> v. <br><br> JAMES KEESE, III, and SARA KEESE, husband and wife, and their martial community composed; and, PROGRESSIVE MAX INSURANCE COMPANY, a foreign insurer, <br><br> Defendants. | No. 2:12-cv-01749-RSM <br><br> **DEFENDANT PROGRESSIVE MAX INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO EXPAND THE NUMBER OF ALLOWED DEPOSITIONS AND MOTION TO EXTEND THE DEPOSITION DEADLINE** <br><br> NOTING DATE: October 11, 2013 |

## I.   INTRODUCTION

Defendant Progressive Max Insurance Company (hereinafter "Progressive") respectfully asks that the Court enter an Order enlarging the total number of depositions to seventeen, pursuant to Progressive's Motion regarding the same. **Dkt. 125.** Progressive also asks that the Court extend the deadline by which these depositions must be completed by 45 days from the issuance of its Order. *Id.*

PROGRESSIVE'S REPLY IN SUPPORT OF ITS MOTION TO EXPAND THE
NUMBER OF DEPOSITIONS AND EXTEND THE DEPOSITION DEADLINE

S:\FILES\Wellman, Ryan 12095\Motions\Motion re Depositions\Word Docs\131011 Reply ISO Renewed Motion re Depositions.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444 / F: (206) 467-5544

1   Plaintiffs Rani Thykkuttathil and Ryan Wellman (hereinafter collectively "Plaintiffs") have
2   filed a response in which they do not object to the additional depositions, or the proposed
3   extension of the discovery cutoff date.  **Dkt. 129, pp. 1-2.**  Moreover, defendants James Keese
4   and Sara Keese (hereinafter collectively "Keese") filed a joinder to Progressive's motion.  **Dkt.**
5   **126.**

## II.    DISCUSSION

There is no opposition to Progressive's instant motion, with respect to the additional depositions and extension of time.  As set forth in Progressive's Motion, good cause exists to take the depositions of the following:

- Rajani Thykkuttathil
- Angela Atkinson
- Dr., Andrew Cole
- Edward Owens, D.C.
- Kathie Larsen, Ph.D.
- Hyperquality, Inc.
- Asentus, Inc.

**Dkt. 125, pp. 5-6.**

Plaintiffs' only contention arises with regard to the trial date.  Plaintiffs appear to condition their agreement to allow the depositions and extension of time upon a denial of any trial continuance.  **Dkt 129, p. 3.**

Progressive did not seek a trial continuance as part of this motion.  However, Progressive cannot agree to waive any continuance of the trial.  A cause may or may not arise in which Progressive my want to seek such an action.  At this time, Progressive must preserve all of its rights.

Plaintiffs offered no other substantive argument against granting Progressive's Motion.  They only attempt to impose a condition upon their consent.  Progressive rejects their condition

**PROGRESSIVE'S REPLY IN SUPPORT OF ITS MOTION TO EXPAND THE NUMBER OF DEPOSITIONS AND EXTEND THE DEPOSITION DEADLINE**

S:\FILES\Wellman, Ryan 12095\Motions\Motion re Depositions\Word Docs\131011 Reply ISO Renewed Motion re Depositions.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444 / F: (206) 467-5544

at this time. Without any other argument or authority, Plaintiffs have provided no substantive response in opposition.

### III.    CONCLUSION

Progressive respectfully asks that the Court enter an Order allowing the depositions of the seven witnesses identified above. This requires that the Court permit Progressive to exceed the limit of ten depositions allowed under Fed. R. Civ. P. 30. The defendants in this matter have already taken or noted ten depositions. None of the above referenced witnesses were among the depositions already taken. Progressive seeks the Court's permission to exceed the number of allowable depositions.

Moreover, Progressive asks that the Court enter an Order extending the discovery cutoff by 45 days from issuance of the order to allow time for these depositions to take place.

Progressive also asks that the Court disregard Plaintiff's condition regarding continuance of the trial date.

DATED this 11th day of October, 2013.

**LETHER & ASSOCIATES, PLLC**


/s/ Eric J. Neal
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
3316 Fuhrman Ave. E, Ste 250
Seattle, WA 98102
T: 206.467.5444
F: 206.467.5544
tlether@letherlaw.com
eneal@letherlaw.com
Attorneys for Progressive

**PROGRESSIVE'S REPLY IN SUPPORT OF ITS MOTION TO EXPAND THE NUMBER OF DEPOSITIONS AND EXTEND THE DEPOSITION DEADLINE**

S:\FILES\Wellman, Ryan 12095\Motions\Motion re Depositions\Word Docs\131011 Reply ISO Renewed Motion re Depositions.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444 / F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

| | |
|---|---|
| Thomas Bierlein, WSBA #13425<br>The Bierlein Law Office, PS<br>370 E. Sunset Way<br>Issaquah, WA 96027-3441<br>T: 425-557-0301<br>F: 425-557-0303<br>tom@bierleinlaw.com<br>*Attorneys for Plaintiffs* | Jean Magladry, WSBA #12988<br>MW Injury Resolutions<br>11512 NE 19th St<br>Bellevue, WA 98004-3029<br>T: 425-637-3096<br>F: 425-637-0555<br>jean@mwinjuryresolutions.com<br>*Attorneys for Plaintiffs* |

Marilee Erickson, WSBA #16144
Reed McClure
1215 4th Ave Ste 1700
Seattle, WA 98161-1087
T: 206-386-7047
F: 206-223-0152
merickson@rmlaw.com
*Attorneys for Defendants Keese*

**[X]    Via ECF    [ ]    Certified Mail    [ ]    Legal Messenger**

Dated this 11th day of October, 2013, at Seattle, Washington.

*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863

**PROGRESSIVE'S REPLY IN SUPPORT OF ITS MOTION TO EXPAND THE NUMBER OF DEPOSITIONS AND EXTEND THE DEPOSITION DEADLINE**

S:\FILES\Wellman, Ryan 12095\Motions\Motion re Depositions\Word Docs\131011 Reply ISO Renewed Motion re Depositions.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444 / F: (206) 467-5544